UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                   :

     - v. -                                :

DEAN HUMPHRIES,                            :

              Defendant.     :

- - - - - - - - - - - - - - - - - x



**INDICTMENT**

12 Cr.

**12 CRIM 347**

COUNT ONE

(Transmitting threatening communications)

     The Grand Jury charges:

     From in or about August 2011, up to and including on or about March 14, 2012, in the Southern District of New York and elsewhere, DEAN HUMPHRIES, the defendant, knowingly and intentionally did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, HUMPHRIES sent email messages threatening to injure and kill a woman.

     (Title 18, United States Code, Section 875(c).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DEAN HUMPHRIES,

Defendant.

INDICTMENT

12 Cr.

(18 U.S.C. §§ 875(c).)

PREET BHARARA
United States Attorney.

A TRUE BILL

_Foreperson._

4/30/12 - Filed indictment. Case assigned to
Judge Sweet.

Judge Gorenstein
U.S.M.J.